**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2012

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| GREGORY L. MAKOWSKI, <br> Plaintiff | § <br> § <br> § <br> § |
| VS. | §    CASE NO. 12-cv-02258-CMA-MEH <br> § <br> § |
| LTD FINANCIAL SERVICES, LP., <br> Defendant. | § <br> § |

## NOTICE OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby stipulates to and gives notice of the dismissal with prejudice of the above-entitled and numbered action.

Respectfully submitted,

_____
GREGORY L. MAKOWSKI
PLAINTIFF

# GREGORY MAKOWSKI

4144 Fern Avenue
Broomfield, CO 80020

303.410.1928 Hm
303.410.1823 Fax

# Fax

| | | | |
|---|---|---|---|
| **To:** | Clerk of Courts | **From:** | Gregory Makowski |
| **Fax:** | 303-335-2714 | **Pages:** | 2 |
| **Phone:** | | **Date:** | 10/22/2012 |
| **Re:** | CASE NO. 12-cv-02258-CMA-MEH | **CC:** | |

X Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:**



Please find attached NOTICE OF DISSMISSAL WITH PREJUDICE.

Gregory Makowski